T. Mickell Jimenez (7975)
Trenton L. Lowe (16091)
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2516
Telephone: 801.322.2516
Facsimile: 801.521.6280
tmj@clydesnow.com
tll@clydesnow.com
*Attorneys for Defendant Cafe Rio, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAM BURNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>CAFE RIO, INC. DBA CAFE RIO MEXICAN GRILL,<br><br>Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-cv-00421-CW<br><br>Honorable Clark Waddoups |

Plaintiff Samuel Burningham and Defendant Cafe Rio, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), request that the Court dismiss Plaintiff's complaint in its entirety and with prejudice.

DATED this 8th day of November, 2017.

    CLYDE SNOW & SESSIONS, P.C.

    /s/ T. Mickell Jimenez
    T. Mickell Jimenez
    Trenton L. Lowe
    *Attorneys for Defendant Cafe Rio, Inc.*

    STUDEBAKER LEGAL SERVICES, P.C.

    /s/ Michael P. Studebaker (signed with permission)
    Michael P. Studebaker
    *Attorneys for Plaintiff Samuel Burningham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November, 2017, I caused the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** to be filed using the CM/ECF system, which caused electronic service to be sent to the following:

Michael P. Studebaker, Esq.
STUDEBAKER LEGAL SERVICES, P.C.
333 2nd Street, Suite 16
Ogden, UT 84404
*Attorneys for Samuel Burningham*

*/s/ Marilyn Christensen*
Marilyn Christensen
Legal Assistant