# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAM BURNINGHAM,<br><br>                    Plaintiff,<br><br>       v.<br><br>CAFE RIO, INC. DBA CAFE RIO MEXICAN GRILL,<br><br>                    Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-cv-00421-CW-EJF<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

This matter is before this Court pursuant to the Stipulated Motion to Dismiss with Prejudice, which was stipulated to and jointly filed by Defendant Cafe Rio, Inc. and Plaintiff Samuel Burningham (the "Parties") on November 8, 2017.  Having reviewed the stipulation of the Parties, and understanding that the Parties have resolved the controversy between them, and where good cause exists, this Court hereby GRANTS the Parties' Stipulated Motion to Dismiss with Prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the above-captioned matter is dismissed with prejudice.

DATED this 14th day of November, 2017.

                              **BY THE COURT:**

                              _____
                              Honorable Clark Waddoups
                              United States District Court for the District of Utah